## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DONQUEL PERRY

       Plaintiff.

                                            Civil Action,
                                            Case No.: 17-C-00756

    v.

                                              Plaintiff's Rule 41(a) Dismissal
                                            of all claims, with prejudice

PRIMEFLIGHT AVIATION

       Defendant.

---

*Now before the court comes the PLAINTIFF, Donquel Perry, by his Attorney Ryan Kastelic of Kastelic Law Office LLC.:*

1. The Plaintiff wishes to dismiss the above captioned matter with prejudice and without costs to either party.

2. The Plaintiff makes this motion prior to the submission of Defendant's answer and without objection by the Defendant.

Wherefore the Plaintiff requests the following relief:

A. Dismissal of the Plaintiff's claims with prejudice and without costs to either party.

Dated this 17th day of September 2017.

By/s/Ryan Kastelic_____
Ryan Kastelic
230 W. Wells St. STE 610
Milwaukee, WI 53203
Telephone: (414) 395-1624
Fax: (414) 395-0402